# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIREN PATEL; JAY DESAI; YASHVI HOSPITALITY, LLC,<br><br>　　　　Plaintiffs,<br>　v.<br>CITY OF LOS ANGELES, a municipal corporation; DOES 1 through 10, inclusive,<br><br>　　　　Defendants, | Case No.: 2:24-CV-04265-JLA-JPR<br><br>**JUDGMENT** |

The Motion to Dismiss First Amended Complaint ("Motion") of Plaintiffs HIREN PATEL, JAY DESAI, and YASHVI HOSPITALITY, LLC (collectively "Plaintiffs") filed by Defendant CITY OF LOS ANGELES (the "City") in the instant matter, came on regularly for hearing on September 6, 2024. Having considered the moving and opposing papers, the arguments of counsel, and all other matters presented to the Court, the Court granted the City's Motion and dismissed with prejudice Plaintiffs' First,

Second, Third, Fourth, Fifth, Sixth, and Seventh Claims of Relief – with prejudice. (*See* October 25, 2024 Order, Doc. 21.) In the absence of any viable claim over which this Court has original jurisdiction, the remaining state claim for writ of mandate – the Eighth Claim of Relief – was dismissed pursuant to 28 U.S.C. § 1367, without prejudice, for lack of jurisdiction. (*Id.*)

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of the CITY on the First, Second, Third, Fourth, Fifth, Sixth, and Seventh Claims of Relief.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED, that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claim, the Eighth Claim of Relief, and that claim is dismissed without prejudice. *See* 28 U.S.C. § 1367(c)(3).

The City may be awarded its costs of suit pursuant to a timely-filed application to tax costs.

Dated: November 1, 2024

                                                    HON. JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE